**I**

**H. B. WILLIAMS et al., Plaintiffs In Error, v. MILLER PETROLEUM CO., Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. May 3, 1926.)

No. 7061.

In Error to the District Court of the United States for the District of Kansas.

J. W. Finley and J. A. Allen, both of Chanute, Kan., and W. P. Dillard, of Ft. Scott, Kan., for plaintiffs in error.

T. R. Evans, of Chanute, Kan., and R. B. Caldwell, of Kansas City, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiffs in error, on motion of plaintiffs in error.

━━━━━

**2**

**Katie Roberts WILSON, Appellant, v. Margaret Jane ROBINSON, Jane Doe Robinson, John Doe Robinson, Rosanna Agnew, Guardian, Margaret Jane Robinson, Jane Doe, and John Doe, Appellees.**

(Circuit Court of Appeals, Ninth Circuit. March 7, 1927.)

No. 4742.

See, also, 16 F.(2d) 431.

F. C. Reagan and Edwin H. Flick, both of Seattle, Wash., for appellant.

Wesley Lloyd, of Tacoma, Wash., and George Dysart and C. D. Cunningham, both of Centralia, Wash., for appellees.

PER CURIAM. The petition will be denied.

A similar order will be entered in each of the companion cases of Wilson v. Robinson et al. (No. 4743) 16 F.(2d) 432, and Lauridsen v. Alexander (No. 4744) 16 F.(2d) 432.